June 2, 1980.

428 A.2d 234

Brown, Appellant, v. Deitrick.

Submitted March 6, 1980. Arthur K. Dils, for appellant; John J. Connelly, Jr., for appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.